Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Civil Division

Glicenia C. Logan

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States Government, Mr. Kelvin L  Parks Va
Medical Center, Fayetteville, Mercy Medical Center ICU
Administration,  Sebastian County Administration,
Assessor's Office  Chrysler Capital  Shawn Allgood ✚

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

Case No. ___2:20 cv 2142___

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Glicenia C. Logan |
| Address | P.O.BOX 319 |
| | Lavaca                               AR            72941 |
| | *City*                              *State*        *Zip Code* |
| County | Sebastian |
| Telephone Number | (479) 883-2916 |
| E-Mail Address | gliclogan19@cox.net |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Kelvin L  Parks Va Medical Center Fayetteville |
| Job or Title *(if known)* | Medical Center Director Va Medical Center Fayetteville |
| Address | 1416 N College Ave |
| | Fayetteville                         AR            72703 |
| | *City*                              *State*        *Zip Code* |
| County | |
| Telephone Number | (479) 444-5000 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mercy Medical Center ICU Administration, |
| Job or Title *(if known)* | ICU head Nurse |
| Address | 7301 Rogers Ave |
| | Fort Smith                           AR            72903 |
| | *City*                              *State*        *Zip Code* |
| County | |
| Telephone Number | (479) 314-6000 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Attach additional pages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

1) United States

Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201

U.S. Attorney's Office
District Attorney in Fort Smith, Arkansas.
414 Parker Ave,
Fort Smith, AR. 72901

U.S. Department of Justice
950 Pennsylvania, Avenue, NW
Washington, DC. 20530-0001

2) Kelvin L Parks, MA
Medical Center Director
Of Veterans Health Care System
1416 N College Ave
Fayetteville, AR 72703

3) Mercy Medical Center
Mercy Medical Center ICU
Administration
7301 Rogers Ave
Fort Smith, AR 72903

4) Sebastian County Assessor's Office
Administration
Greenwood Court house
301 E. Center St Room 104
Greenwood, AR 72936

5) Chrysler Capital, Shawn Allgood,
Head of Relationships CEO/Owner
1601 Elm Street, Suite 800
Dallas, TX 75201

6) Liberty Mutual Insurance
Administration/Agent
P.O. BOX 6827
Scranton, PA 18505
1-800-225-8285

Page 2-6

7) Southern Farm Bureau
Life Insurance Company
Administration/Agent
P.O. BOX 78
Jackson, MS 39205
601 981-7422

8) Farm Bureau Bank
17300 Henderson Pass
San Antonio, TX 78232

9) William Hileman
P. o. Box 33427
San Antonio, TX 78265-3427

10) Social Security Administration/Agent
1301 Young Street Suite A-702
Dallas, TX 75202-5433

11) Department of Veteran Affairs
    Michael E. DeBakey VA Medical Center
    2002 Holcombe Blvd
    Houston, TX 77030

12) Hunter Holmes McGuire VA Medical Center
Richmond VA Medical Center Veterans Affairs
1201 Broad Rock Blvd
Richmond, VA 23249

13) Jack C. Montgomery VA Medical Center
Administration
1011 Honor Heights Dr
Muskogee, Oklahoma 74401

14) VA Life Insurance-AAFMAA Military life
Sheridan Headquarters
102 Sheridan Avenue
Fort Myer, VA 22211-1110

15) Sebastian County Government
Department Administration
Sebastian County Assessor's
35 So 6th Room 102
Fort Smith, AR 72901

**Page 3-6**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | | | | |
|---|---|---|---|---|
| Name | Sebastian County Government Department | | | |
| Job or Title *(if known)* | Administration Sebastian County Assessor's | | | |
| Address | 35 So 6th Room 102 | | | |
| | Fort Smith, | | AR | 72901 |
| | *City* | | *State* | *Zip Code* |

County

Telephone Number    (479) 783-8948

E-Mail Address *(if known)*

✓ Individual capacity    ☐ Official capacity

**Defendant No. 4**

| | | | | |
|---|---|---|---|---|
| Name | Chrysler Capital, Shawn Allgood, | | | |
| Job or Title *(if known)* | Head of Relationships CEO/Owner | | | |
| Address | 1601 Elm Street, Suite 800 | | | |
| | Dallas | | TX | 75201 |
| | *City* | | *State* | *Zip Code* |

County

Telephone Number    (214) 634-1110 or (855)653-5635

E-Mail Address *(if known)*

✓ Individual capacity    ✓ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

✓ Federal officials (a *Bivens* claim)

✓ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FTCA 28 U. S. C. 1346(b) and 2671-2680, 28U.S.C. 2401(b), 2011 US Code Title 18 Part1- Crimes (1-2725), Chapter 1- General Provisions (1-27), Chapter 12- Civil Disorders Section (232)(7)(8),Chapter 13- Civil Rights (241-249), Chapter 19-Cpnspiracy (373)(a)(b)(c), Chapter 21 Section 402-403, Chapter 25 (495)(514)(a)(1)(2)(3), Chapter 47 (1010-1014,1021,1028,1033-1034,1040), Chapter 29 (595) U. S. C. ...Section 1983 of Title 18, 42 U. S. C Code 1985-1986, )(2)   U.S. C 12188 Enforcement US ⊞

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

United States, State of Arkansas, Sebastian County, Department of Veterans Affairs, Va Medical Center Fayetteville, Veteran Health Care System of the Ozarks, other defendants listed and non listed, have been sacrificing the health and life of Glicenia my children, especially my spouse 1st Lt. Harold Logan, a Viet Nam Veteran, friend, father, grandfather, brother, uncle, by deprivation of our safety living condition, environment, social economic in nutrition and free from discrimination within the system, lack▪

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Michael E. DeBakey Va Medical Center, Nurse practitioner violated both of our civil rights when she assassinated my spouse character, destitute, violate the contract, depriving us life, discriminating,and privacy by her statement, action and words along with another worker I believe she was a social worker, both of their action and words was careless, inappropriate, prejudice etc. Hunter Holmes McGuire Va Medical Center action was careless, negligent, detrimental, very irresponsible etc, by leaving him      ▪

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

In the State of Arkansas, Fayetteville VA Hospital, Hunter Holmes McGuire Va Medical Center in Richmond, VA, Michael E. DeBakey VA Medical Center, Houston Texas, Jack C. Montgomery Eastern Oklahoma VA Medical Center, Muskogee, Oklahoma, Mercy Medical Center in Fort Smith, Sebastian County, Fort Smith City and other previous States that we have live in. All of the defendants harm cause serious negligent, misdiagnosis, inaccurate treatment, assumption, lack of responsibility, concern and ▪

B.   What date and approximate time did the events giving rise to your claim(s) occur?

in default , confined subordinate assuming cast downunwashedclear draindexposed depresseddump ,beat-up denied robbed disinherited seized cheated out of took away bereaved dismantled lost wrested tricked out of held back prevented from using taken away displaced discharged deposed dismissed ejected defenestrated supplanted brought down exposed, ransacked excluded, prevented shut out , prohibited, inhibited made illegal restrained stopped shattered illusion undeceived ▪

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The misdiagnosis, wrongful death of my spouse, discrimination base on marital, race, gender, health violation, lack of appropriate treatment or help to the veteran and his family. The Veteran Administrations, Veteran Health Care System and society along with all the defendants who have treat and violated our birth rights along with the fundamental rights that our constitutional rights have given to us. The lack of support, understanding during our love one crisis and battle was being use to discriminate, attack his character, his core values, shame his color, masculine, harm his family especially his wife "Glicenia C.Logan" self worth, her principle, financially etc. There are several people, who can speak on each situation along with evidence, discovery and due process with jury of my peers.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Even after paying off all my debt around October 2018 and getting a discharge from the bankruptcy court. I am unable to consolidate, loan, enough credit to move forward, receive help emotional and financially to fix my homes, property, farm business that I started in 2003, 2006, 2007-2008 in able to give my spouse something to do its allowed him to feel that is okay to trust, believe in the medical doctors, country, courts systems etc. This was one way he could help others and family members to know how to deal with crisis and responsibility with dignity. The United State, The State Of Arkansas, Department of Veterans Affairs, VA Medical Center, Veteran Health Care System, Court Systems all the defendants which are mention and the unlisted ones have cause tremendous harm, mistreat, misuse, maltreatment, Illness, financial crisis etc. We as a family and individual have sustained. We have serious psychological damage I am still working on trusting my community, society, people, business, financial institution etc will take a lot of praying, ability to trust, respect non discrimination etc. Lost of my spouse, friend, relationship, closeness of family, financial support, social economic, trust in the system and in the administration that suppose to help educate and guide us. Only "God" could tell, help and restore my trust in the court, administration system, bank, business and in our leader etc.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the Supreme Court, to take a serious look, of my cases and place themselves, into my shoes to see the battle my family went through with our love one. Who fought in the Viet Nam War, he die nine months ago on November 11, 2019, with liver cancer. He fought a long battle to be an individual for himself, family and others, to be what our "First Amendment, Constitutional Rights, Human Rights, Fundamental Rights stand for. Along side of our "Birth Rights" and being a "Citizen" of "United States of America, which are The Fundamental Principles and Values that We Stand for and Speaks for Who we are as An American. I would like the court to place and ensure the recognition of Equality law by recognizing that if a person like myself who is dealing with various disability don't mind representing herself in court. Can educate and help the system in understanding other ability within people who carries different challenges in life. Achieving equality for disable people may mean changing the way our system works. While taking, a look into my cases, please remember, all Veteran, Family Members and Friends. I would like to be made whole but I know that no amount of money can bring back my friend, husband, father, grandfather, brother etc, so for my family and myself I would like to be pay a total of Seventeen Million seventy two thousand five hundred ten ($17,072,510) in PUNITIVE DAMAGES. Property Damages (783,000), fees, documents, research etc, (2,144,490). The TOTAL AMOUNT I AM ASKING FOR IS TWENTY MILLION ($20,000,000), our lives has being in torment for at lease thirty five years (35), that was the total amount of years we was marriage. Before he die, can you imagine how long he have suffer with "PAIN" and SORROW around fifty two years (52) his "CORE VALUES" is Exactly what the MARINE STOOD FOR. My action against anyone who violate my Civil Rights, Human Rights, my Constitutional Rights" and my Legal Rights to Be Free from Retaliation, Harassment and Discrimination, base on where we Live, what we Look, Color–Skin

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            08/13/2020

Signature of Plaintiff

Printed Name of Plaintiff        Glicenia C. Logan

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT
For the Civil District of Arkansas Fort Smith Division
Civil Division

Case No.

Glicenia C. Logan                          (to be filled in by the Clerk's Office)

-v-

United States Government, Mr. Kelvin L Parks, VA Medical Center, Fayetteville, Mercy Medical
Center ICU Administration, Sebastian County Administration, Assessor's Office, Chrysler
Capital, Shawn Allgood, Liberty Mutual Insurance Administration, Southern Farm Bureau Life
Insurance Company Administration, Farm Bureau Bank SEE ATTACHMENT

Jury Trial: Yes

Defendant(s)

**Page 1-6**

## II. Basis for Jurisdiction

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FTCA 28 U. S. C. 1346(b) and 2671-2680, 28U.S.C. 2401(b), 2011 US Code Title 18 Part1- Crimes (1-2725), Chapter 1- General Provisions (1-27), Chapter 12- Civil Disorders Section (232)(7)(8),Chapter 13- Civil Rights (241-249), Chapter 19-Cpnspiracy (373)(a)(b)(c), Chapter 21 Section 402-403, Chapter 25 (495)(514)(a)(1)(2)(3), Chapter 47 (1010-1014,1021,1028,1033- 1034,1040), Chapter 29 (595) U. S. C. ...Section 1983 of Title 18, 42 U. S. C Code 1985-1986)(2) U.S. C 12188 Enforcement US Law, Title 42, U. S. C., Section 3631,14141,18 U.S. Code Chapter 13-Civil Rights U.S 42 U.S.C. § 1983 and other Code, Status and Law that Violate my Fundamental Rights, Constitution Rights etc

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

United States, State of Arkansas, Sebastian County, Department of Veterans Affairs, Va Medical Center Fayetteville, Veteran Health Care System of the Ozarks, other defendants listed and non listed, have been sacrificing the health and life of Glicenia my children, especially my spouse 1st Lt. Harold Logan, a Viet Nam Veteran, friend, father, grandfather, brother, uncle, by deprivation of our safety living condition, environment, social economic in nutrition and free from discrimination within the system, lack of resources to sustain a healthy lifestyle. When requested my love one was totally ignore and discredited just like I was for several years by All the defendants especially The VA Staff, Administration, Director (Kelvin L Parks) around the last year of my husband life Mr. Park along with the other defendants felt that both of our behaviors was Vexatious by they expression, words, irresponsible action and showing they negligent behavior toward my spouse and myself. the lack of unattended and unwillingness to attend to the need of the veteran health, finance, nutrition, our living condition, social status in communication with spouse and family member, mental health etc by getting all information to help the veteran and family well being, to improve our home condition in our environmental area where we live, our life, physically helping us to move forward was unsuccessful, our health, safety, financial etc. The ability to meet without disregarding the important of my spouse life, health, situation around is social behavior by communicating, asking question answering question, health concern, need etc of the veteran, his wife, family member. Totally was not concern of his well being, Dishonoring family,felling to understand and see the essential need of the veteran health, nutrition,care, environment, finance,abusive,gaslight our characters, driving or making a lot of complication for him to received, treatment for his entire health, fundamental rights of the veteran and family rights, to live free of harm was disregarded, our economic problems, geographical area, health, life, happiness, freedom to speak & address any problem that relate to the family etc. The lack of help, abuse, negligence, careless to what happen to the veteran and his family, other violation such as character assassination, prejudice, biasness, freedom to build, retaliation, violation of our constitutional rights, our fundamental rights to life, depriving us of liberty, freedom to love whoever we want to, violation of equal treatment, violating our individual rights, discriminating on age, deprivation of color, marital etc. All of these violation and discrimination that are stated where done by all of these defendants who are name and other organization, administration, business etc that are not mention in this civil suit

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**Michael E. DeBakey Va Medical Center, Nurse practitioner violated both of our civil rights when she assassinated my spouse character, destitute, violate the contract, depriving us life, discriminating,and privacy by her statement, action and words along with another worker I believe she was a social worker, both of their action and words was careless, inappropriate, prejudice etc. Hunter Holmes McGuire Va Medical Center action was careless, negligent, detrimental, very irresponsible etc, by leaving him unattended about forty five minute or more after the injection of the medication into his body, the harm that was done to his health, nutrition, life, emotional, psychological damage etc to the veteran and his family was been place in jeopardy.  Va Medical Center Fayetteville, Jack C. Montgomery VA Medical Center and Mercy Medical Center, Administration, ICU was cruel, callous, disenfranchised, disregarding for his health, life, family members, economical, financial etc**

**Page 4-6**

**they deprive our family of the assurance of my spouse safety, interference in the transportation of client, his well being, choice, decision, and security when they discharge him without securing his well being, health while he was incapacitated, impaired, incapable, lame to sign any legal documents, informing his caretaker etc. This act was done careless, directly, indirect, willfully etc, denied of my spouse, family and my civil rights toward my spouse total health conditions, economic, financial help, pressuring, disregarding, denial of privacy etc. The rights I have to make and take action toward his health, finance, making a life decisions for our family The State of Arkansas, Sebastian County, Government Department, Administration, courts, Sebastian County Assessor's, Government and States Agency all of these defendants that I mentions and others not listed, everyone have deprived and continuing, contributing to the problems, privacy rights, psychological abusive, physical damage and abuse in  gender violation, elderly abuse, color discrimination, secured, suppressed and holding back against a disadvantage family.**

### III. Statement of Claim
State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the State of Arkansas, Fayetteville VA Hospital, Hunter Holmes McGuire Va Medical Center in Richmond, VA, Michael E. DeBakey VA Medical Center, Houston Texas, Jack C. Montgomery Eastern Oklahoma VA Medical Center, Muskogee, Oklahoma, Mercy Medical Center in Fort Smith, Sebastian County, Fort Smith City and other previous States that we have live in. All of the defendants harm cause serious negligent, misdiagnosis, inaccurate treatment, assumption, lack of responsibility, concern and harm to the family by deficient in the health care of my spouse who did thirty month in Viet Nam, psychological abuse, physical abuse, impair, stripped diminished the core value of the Veteran, health, economic, finance and his family. United States, Veteran Health Care System, Department of Veterans Affairs with all the defendants that listed and unlisted. Each one of them ignore, refrain, reject, conspire, wilfully discriminated, deprived, robed, violated, steer, confined  the veteran and his family of our fundamental rights and our constitutional rights to live in an healthy environment, freedom to love and share our life with whoever we choose, live free from emotional abuse, inferior of other, financially broken-down etc.

B. What date and approximate time did the events giving rise to your claim(s) occur?
in default , confined subordinate assuming cast downunwashedclear draindexposed depresseddump ,beat-up denied robbed disinherited seized cheated out of took away bereaved dismantled lost wrested tricked out of held back prevented from using taken away displaced discharged deposed dismissed ejected defenestrated supplanted brought down exposed, ransacked excluded, prevented shut out , prohibited, inhibited made illegal restrained stopped shattered illusion undeceived squeezed enslavedboundsuppressedpersecutedconfinedincarcerated restricted tiedsubjected to force exploited oppressed compelled subdued criminalized rule out shut down disallowed blocked banned in adequate,impair displaced us of economic wealth, illegal treatment, differential conduct against our family, culture, race rundown indigent pinched malnourished, undernourished dying in mourning, grieving sorrowful suffering unacceptable, restricted, omitted

Page 4-6

not up to par leaving much to be desiredetc. July 2018 at the VA medical center in Fayetteville April 23, 2019 at the VA Hospital Sparks Clinic, around 2013,  approximated 1994 or 1995- till death 0n November 11, 2019, Fort Smith AR, around 2009- October 2019, Mercy Hospital 2015 till November 11, 2019, Sebastian Country 2003-Dealth November 11, 2019, City of Fort Smith lack off treatment, abuse, deviating from the real On or before October 31, 2019 starting from his appointment time continuing about 5pm, around July 2019 between lunch and 3pm, around April 23,2019 between 10am, around November 2019, January 2020, still dealing with all these abuse, violation discrimination, lack of support, help etc even after the death of my spouse on November 11, 2019. Started when I saw that no one wanted to help or explain the seriousness of my spouse well being, health, financial need, living conditions, the serious harm that  cause the death of our love one, who  have been fighting from the time he got out of the service, with ten percent rating 1984,1986 in San Francisco, CA, 1987-1993 in Kansas City Missouri, we address PTSD, Agent Orange, medication, Injuries etc since the beginning and continue in 2017 we brought to the attention to his doctors about his stay in Camp Lejeune and contamination of the water till decease of my veteran spouse.

**C**. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?Was anyone else involved? Who else saw what happened?)*

The misdiagnosis, wrongful death of my spouse, discrimination base on marital, race, gender, health violation, lack of appropriate  treatment or help to the veteran and his family. The Veteran Administrations, Veteran Health Care System and society along with all the defendants who have treat and violated our birth rights along with the fundamental rights that our constitutional rights have given to us. The lack of support, understanding during our love one crisis and battle was being use to discriminate, attack his character, his core values, shame his color, masculine, harm his family especially his wife "Glicenia C. Logan" self worth, her principle, financially etc. There are several people, who can speak on each situation along with evidence, discovery and due process with jury of my peers.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**Even after paying off all my debt around October 2018 and getting a discharge from the bankruptcy court. I am unable to consolidate, loan, enough credit to move forward, receive help emotional and financially to fix my homes, property, farm business that I started in 2003, 2006, 2007-2008 in able to give my spouse something to do its allowed him to feel that is okay to trust, believe in the medical doctors, country, courts systems etc. This was one way he could help others and family members to know how to deal with crisis and responsibility with dignity. The United State, The State Of Arkansas, Department of Veterans Affairs, VA Medical Center, Veteran Health Care System, Court Systems all the defendants which are mention and the unlisted ones have cause tremendous harm, mistreat, misuse, maltreatment, Illness, financial crisis etc. We as a family and individual have sustained. We have serious psychological damage I am still working on trusting my community, society, people, business, financial institution etc will take a lot of praying, ability to trust, respect non discrimination etc. Lost of my spouse, friend, relationship, closeness of family, financial support, social economic, trust in the system and in the administration that suppose to help educate and guide us. Only "God" could tell, help and restore my trust in the court, administration system, bank, business and in our leader etc.**

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the Supreme Court, to take a serious look, of my cases and place themselves, into my shoes to see the battle my family went through with our love one. Who fought in the Viet Nam War, he die nine months ago on November 11, 2019, with liver cancer. He fought a long battle to be an individual for himself, family and others, to be what our "First Amendment, Constitutional Rights, Human Rights, Fundamental Rights stand for. Along side of our "Birth Rights" and being a "Citizen" of "United States of America, which are The Fundamental Principles and Values that We Stand for and Speaks for Who we are as An American. I would like the court to place and ensure the recognition of Equality law by recognizing that if a person like myself who is dealing with various disability don't mind representing herself in court. Can educate and help the system in understanding other ability within people who carries different challenges in life. Achieving equality for disable people may mean changing the way our system works. While taking, a look into my cases, please remember, all Veteran, Family Members and Friends. I would like to be made whole but I know that no amount of money can bring back my friend, husband, father, grandfather, brother etc, so for my family and myself I would like to be pay a total of Seventeen Million seventy two thousand five hundred ten ($17,072,510) in PUNITIVE DAMAGES. Property Damages (783,000), fees, documents, research etc, (2,144,490). The TOTAL AMOUNT I AM ASKING FOR IS TWENTY MILLION ($20,000,000), our lives has being in torment for at lease thirty five years (35), that was the total amount of years we was marriage. Before he die, can you imagine how long he have suffer with "PAIN" and SORROW around fifty two years (52) his "CORE VALUES" is Exactly what the MARINE STOOD FOR. My action against anyone who violate my Civil Rights, Human Rights, my Constitutional Rights" and my Legal Rights to

Page 5-6

Be, Free from Retaliation, Harassment and Discrimination, base on where we Live, what we Look, Color, Skin Tone, Gender etc. Are Violating the Laws there was a Violation of the Law Done to me by Discriminating against me and my family on Color, Race, Disabilities etc, Trespassing on my Property, Damaging personal Property and sending Document, Threats, to put me out of my home, Retaliating, Harassing Listing my home on the Internet, information of my property, sending legal documents etc.

Glicēnia C Logan
P.O.BOX 319
Lavac, Arkansas 72941



PLACE STICKER AT TOP OF ENVELOPE TO TH
OF THE RETURN ADDRESS, FOLD AT DOTTE

CERTIFIED MAIL

7020 0090 0002 086

30





U.S. POSTAGE PAID
FCM LG ENV
FORT SMITH, AR
72903
AUG 14, 20
AMOUNT
**$5.15**
R2305M144945-22

1000    72901

2731

United States District Court
for the
Western District of Arkansas

Office Of The Clerck
6th Street Room 1038
Fort Smith, Arkansas 72901-2437