UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLICENIA C. LOGAN                                                                                                PLAINTIFF

v.                                            No. 2:20-CV-02142

MR. KELVIN L PARKS, et al.                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of October, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE